UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   OCT 1 9 2007

-------------------------------------------------------------------

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.,

**07 CIV**  ECF CASE **9349**

                              Plaintiff,

        - against -

                                                07 Civ

AFRICAN SHIPPING COMPAGNY a/k/a
AFRICA SHIPPING COMPANY, and
COMPAGNIE DE MANAGEMENT D'ORBIGNYARMEMENT
ET SERVICE TECHNIQUE a/k/a D'ORBIGNY
SHIP MANAGEMENT,

                              Defendants.

-----------------------------------------------------------------------X

### ORDER APPOINTING PERSON TO SERVE PROCESS

Upon motion of plaintiff for an order appointing Gotham Process Services, 299

Broadway, New York, New York 10007, or its designate, or any employee or agent of Lyons &

Flood, LLP, to serve the Verified Complaint, Summons, Process of Maritime Attachment and

Garnishment, and other process in this action, and it appearing that an employee or designate of

Gotham Process Services or an employee of Lyons & Flood, LLP, is a qualified person over 18

years of age, and is not a party to this action, and that the expediting of the service of process

will result from such appointment,

        IT IS ORDERED that Gotham Process Services, 299 Broadway, New York, New York

10007, or its designate or an employee or agent of Lyons & Flood, LLP, be and is hereby

appointed to serve the Verified Complaint, Summons, Process of Maritime Attachment and

Garnishment, and other process in this action.

Dated: New York, New York
        October 18 , 2007

                                        SO ORDERED:

                                        _____
                                        **LAURA TAYLOR SWAIN U.S.D.J.**