# LYONS & FLOOD, LLP
### ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

USDC SDNY
DOCUMENT
ELECTRONICALLY F...
DOC #:
                    JAN 2 8 2008

JON WERNER
E-Mail: jwerner@lyons-flood.com

ADMITTED IN NEW YORK,
NEW JERSEY

January 25, 2008

**BY TELEFAX**          (212) 805-0426

Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re:  American Steamship Owners Mutual P & I Ass'n, Inc. v. African Shipping
     Compagny et al., 07 Civ. 9349 (LTS)
     Our file: 2600026

Dear Judge Swain:

   We are attorneys for plaintiff in this Rule B attachment action and we submit the following letter pursuant to our conversation with Your Honor's chamber today and write to request an adjournment of the Rule 16 initial pretrial conference scheduled for Friday, February 1, 2008 at 2:15 p.m.

   Plaintiff is a New York based marine protection and indemnity club and provided marine insurance coverage to vessels owned and managed by the defendants. Defendants, African Shipping Compagny and Compagnie de Management D'Orbigny Armement et Service Technique, who have offices in the Congo and in France respectively, subsequently failed to pay $45,499.23 in insurance premiums due and owing.

   As a result, plaintiff commenced the instant Rule B attachment matter to obtain pre-judgment security on its claim for owed premiums.

   Plaintiff has been serving garnishees with the process of maritime attachment and

---

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355   FAX: (203) 661-2577

garnishment since October 19, 2007, but has not yet obtained any security for its claims. Thus, to date, defendants have not appeared in this action, and plaintiff has not provided any notice of the action to defendants.

In light of the fact that defendants have not made an appearance in this matter, plaintiff respectfully submits that there is no reason to hold an initial pretrial conference in this matter at this time.

Accordingly, we believe this matter falls within the categories of actions exempted by local district court rule as inappropriate for Rule 16 pretrial conferences, and request the presently scheduled conference be adjourned for sixty (60) days.

We thank you for your attention to this matter.

          Respectfully yours,

          Lyons & Flood, LLP

          By: Jon Werner
            Edward P. Flood

U:\kmhldocs\2600019\Correspondence\Swain 01 ltr.doc

*The initial pretrial conference is adjourned to April 4, 2008, at 2:00pm.*

          SO ORDERED.

          1/28/2008
          LAURA TAYLOR SWAIN
          UNITED STATES DISTRICT JUDGE

- 2 -