# LYONS & FLOOD, LLP
### ATTORNEYS AT LAW
65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 3 1 2008

JON WERNER
E-Mail: jwerner@lyons-flood.com
ADMITTED IN NEW YORK,
NEW JERSEY

**MEMO ENDORSED**

March 31, 2008

**BY TELEFAX**     (212) 805-0426

Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

Re:  American Steamship Owners Mutual P & I Ass'n, Inc. v. African Shipping
Compagny et al., 07 Civ. 9349 (LTS)
Our file: 2600026

Dear Judge Swain:

We are attorneys for plaintiff in this Rule B attachment action and we submit the following letter pursuant to our conversation with Your Honor's chambers on Friday, March 28, 2008, and write to request an adjournment of the pretrial conference scheduled for Friday, April 4, 2008 at 2:00 p.m.

Plaintiff is a New York based marine protection and indemnity club and provided marine insurance coverage to vessels owned and managed by the defendants. Defendants, African Shipping Compagny and Compagnie de Management D'Orbigny Armement et Service Technique, who have offices in the Congo and in France respectively, subsequently failed to pay $45,499.23 in insurance premiums due and owing. As a result, plaintiff commenced the instant Rule B attachment matter to obtain pre-judgment security on its claim for owed premiums.

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355   FAX: (203) 661-2577

Plaintiff has been serving garnishees with the process of maritime attachment and garnishment since October 19, 2007, but has not yet obtained any security for its claims. Thus, to date, defendants have not appeared in this action, and plaintiff has not provided any notice of the action to defendants.

In light of the fact that defendants have not made an appearance in this matter, plaintiff respectfully submits that there is no reason to hold a pretrial conference in this matter at this time.

Accordingly, we respectfully request the presently scheduled conference be adjourned for sixty (60) days.

We thank you for your attention to this matter.

Respectfully yours,

Lyons & Flood, LLP

By: Jon Werner

U:\kmhldocs\2600019\Correspondence\Swain 02 ltr.doc

*The conference is adjourned to June 13, 2008, at 9:45 AM.*

SO ORDERED.

*3/31/08*

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE