UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

                  Plaintiff,

-against-

AFRICAN SHIPPING COMPAGNY a/k/a AFRICA
SHIPPING COMPANY, and CAMPAGNIE DE
MANAGEMENT D'ORBIGNY ARMEMENT ET
SERVICE TECHNIQUE a/k/a D'ORBIGNY SHIP
MANAGEMENT,

                  Defendants.

07 Civ. 9349 (LTS)(KNF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 8 2008

**ORDER DIRECTING UBS AG TO PAY
ATTACHED FUNDS INTO THE REGISTRY OF THE DISTRICT COURT**

      UBS AG ("UBS"), a garnishee of assets of defendant Campagnie De

Management D'Orbigny Armement Et Service Technique a/k/a D'Orbigny Ship

Management, pursuant to a maritime writ of attachment issued in the above-captioned

maritime action, having applied for an order directing UBS to pay the funds attached in

the amount of $1,303.00 (the "Attached Funds") into the registry of the Court, and good

cause having been shown for such an order,

      **IT IS HEREBY ORDERED** that, pursuant to Rule B(3)(a) of the

Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of

Civil Procedure, UBS shall pay the Attached Funds into the registry of the Court, and

UBS shall have discharged its obligations as garnishee in this action upon making such payment of the Attached Funds into the registry of the Court.

DONE this 24 day of May, 2008

Hon. Laura T. Swain
United States District Judge