LYONS & FLOOD, LLP
ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589



USDC SDNY
DOCUMENT
ELECTRO
#:
DATE FILED: JUN 1 8 2008

JON WERNER
E-Mail: jwerner@lyons-flood.com
ADMITTED IN NEW YORK,
NEW JERSEY

## MEMO ENDORSED

June 17, 2008

**BY TELEFAX**                    **(212) 805-0426**

Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

Re:   American Steamship Owners Mutual P & I Ass'n, Inc. v. African Shipping
     Compagny et al., 07 Civ. 9349 (LTS)
     Our file: 2600026

Dear Judge Swain:

     We are attorneys for plaintiff in this Rule B attachment action and we submit the
following letter pursuant to our conversation with Your Honor's chambers today, and
write to request an adjournment of the pretrial conference scheduled for Friday, June 20,
2008 at 9:45 a.m.

     Plaintiff is a New York based marine protection and indemnity club and provided
marine insurance coverage to vessels owned and managed by the defendants. Defendants,
African Shipping Compagny and Compagnie de Management D'Orbigny Armement et
Service Technique, who have offices in the Congo and in France respectively,
subsequently failed to pay $45,499.23 in insurance premiums due and owing. As a result,
plaintiff commenced the instant Rule B attachment matter to obtain pre-judgment
security on its claim for owed premiums.

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435  FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355  FAX: (203) 661-2577

Plaintiff has been continually serving garnishees with the process of maritime attachment and garnishment since October 19, 2007. To date the only assets attached are $1,303.00 in funds which were restrained by UBS AG bank on April 14, 2008, and which were recently placed into the Court's Registry on consent.

Plaintiff has provided notice of this attachment to defendants, but to date, defendants have not appeared in this action.

In light of the fact that defendants have still not made an appearance in this matter, plaintiff respectfully submits that there is no reason to hold a pretrial conference in this matter at this time, and respectfully requests that the presently scheduled conference be adjourned for sixty (60) days.

This will be plaintiff's third request for an extension as plaintiff was previously granted sixty (60) day extensions on January 25, 2008, and March 31, 2008.

We thank you for your attention to this matter.

Respectfully yours,

**Lyons & Flood, LLP**

By: Jon Werner

U:\kmh\docs\2600019\Correspondence\Swain 03 ltr.doc

The conference is adjourned to September 5, 2008, at 10:00 AM.

SO ORDERED.

6/17/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

- 2 -