# LYONS & FLOOD, LLP
## ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 3 2008

JON WERNER
E-Mail: jwerner@lyons-flood.com
ADMITTED IN NEW YORK,
NEW JERSEY

September 2, 2008

**BY TELEFAX**             (212) 805-0426

Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**

Re:  American Steamship Owners Mutual P & I Ass'n, Inc. v. African Shipping
     Compagny et al., 07 Civ. 9349 (LTS)
     Our file: 2600026

Dear Judge Swain:

We are attorneys for plaintiff in this Rule B attachment action and we submit the following letter pursuant to our conversation with Your Honor's chambers today, and write to request a further adjournment of the pretrial conference scheduled for Friday, September 5, 2008 at 10:00 a.m.

Plaintiff continues to seek security for the insurance premiums due and owing, and has been continually serving garnishees with the process of maritime attachment and garnishment since October 19, 2007. To date the only assets attached are $1,303.00 in funds which were restrained by UBS AG bank on April 14, 2008, and which were placed into the Court's Registry on consent.

Plaintiff has provided notice of this attachment to defendants, but to date, defendants have not appeared in this action. In light of the non-appearance of defendants, plaintiff respectfully submits that there is no reason to hold a pretrial conference in this matter at this time, and respectfully requests that the presently scheduled conference be adjourned for a further thirty (30) days.

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435  FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355  FAX: (203) 661-2577

This is plaintiff's fourth request for an extension as plaintiff was previously granted sixty (60) day extensions on January 25, 2008, March 31, 2008, and June 17, 2008.

We thank you for your attention to this matter.

Respectfully yours,

Lyons & Flood, LLP

By: Jon Werner

U:\kmh\docs\2600019\Correspondence\Swain 04 ltr.doc

The conference is adjourned to October 9, 2008, at 4:30 pm.

SO ORDERED.

NEW YORK, NY
Sept 2, 2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

- 2 -